MACK BROWN, JR., JIMMIE LEE JACKSON,
McARTHUR JACKSON and EARNEST
RANDOLPH *v.* STATE OF
MARYLAND

[No. 21, September Term, 1981.]

*Decided October 8, 1981.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Thomas M. Downs,* with whom were *Blumenthal, May, Downs & Merrill, P.A.* on the brief, for appellants.

*Stephen M. LeGendre, Assistant Attorney General,* with whom were *Stephen H. Sachs, Attorney General,* and *Robert A. Zarnoch, Assistant Attorney General,* on the brief, for appellee.

## ORDER

The petition for writ of certiorari having been granted and heard, it is this 8th day of October, 1981

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.